United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MARTINEZ, | No. C 09-2116 MMC (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| vs. | |
| BEN CURRY, | **(Docket No. 6)** |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time to file a traverse to the answer to the petition is hereby GRANTED. Petitioner shall file his traverse on or before **March 1, 2010**.

This order terminates Docket No. 6.

IT IS SO ORDERED.

DATED: January 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge